NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**ZUMAR HAMID DUBOSE, aka Zumar DuBose**
*Defendant-Appellant*

---

2024-1578

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:20-cr-00453-WB, Judge Wendy Beetlestone.

---

PER CURIAM.

## O R D E R

On March 13, 2023, the court received a notice of appeal signed by Kariem Baseer DuBose, appealing the district court's judgment in the underlying criminal case, ECF No. 1-2 at 1, though the notice of appeal was mailed by Zumar DuBose, another defendant in the case. *Id.* at 2.

This is a court of limited jurisdiction, which does not include jurisdiction over criminal cases. *See* 28 U.S.C. § 1295. The appropriate court for this appeal is the United

States Court of Appeals for the Third Circuit. *See* 28 U.S.C. §§ 41, 1291. It is unclear whether Kariem or Zumar intended to appeal his respective criminal conviction, and although Mssrs. DuBose have appeals currently pending at the Third Circuit, it is unclear whether those appeals are the same as this appeal. The court, therefore, will transfer this case to the Third Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal and all filings are transferred to the United States Court of Appeals for the Third Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 11, 2024
Date